NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**WOODROW WOODS AND MARINE EXHAUST SYSTEMS, INC.,**
*Plaintiffs-Appellees,*

v.

**DEANGELO MARINE EXHAUST, INC.,**
*Defendant-Appellant,*

---

2010-1478

---

Appeal from the United States District Court for the Southern District of Florida in case no. 08-CV-81579, Judge Daniel T.K. Hurley.

---

## ON MOTION

---

## ORDER

Upon consideration of DeAngelo Marine Exhaust Systems, Inc.'s unopposed motion to file a corrected appendix,

IT IS ORDERED THAT:

The motion is granted.

FOR THE COURT

JUN 2 3 2011

Date

/s/ Jan Horbaly

Jan Horbaly

Clerk

cc: Denise J. Bleau, Esq.
    Michael C. Cesarano, Esq.

s24

**FILED**
**U.S. COURT OF APPEALS FOR**
**THE FEDERAL CIRCUIT**

JUN 2 3 2011

**JAN HORBALY**
**CLERK**